# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                   Case Nos. 14-C-739
                                                                         00-CR-242

**WILLIE J. NEWTON, JR.,**

    Movant.

## DECISION AND ORDER

The movant, Willie Newton, moves for reconsideration of the Court's ruling that his motion under 28 U.S.C. § 2255 is untimely. The Court takes Newton's motion to mean that, under § 2255(f)(3), his motion is timely because it was filed within one year of the Supreme Court's decision in *Alleyne v. United States*, 133 S. Ct. 2151 (2013). This is true because Newton placed his motion in the mail less than a year after *Alleyne* was issued. *Jones v. Bertrand*, 171 F.3d 499, 501-02 (7th Cir. 1999) (applying mailbox rule to habeas petitions). Therefore, Newton's motion for reconsideration [ECF No. 6] is **GRANTED**, but as previously stated, the Court still lacks jurisdiction to adjudicate Newton's motion because it is a second or successive petition.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2014.

                                        **BY THE COURT:**

                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**